IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LARRY WAYNE HEBERT,
    Plaintiff,

vs.                                              3:07cv157/LAC/MD

JACK BEHR, et al.
    Defendants.

## **REPORT AND RECOMMENDATION**

This cause is before the court upon referral from the clerk. Plaintiff initiated this cause through the filing of a civil complaint and motion to proceed *in forma pauperis* on April 11, 2007. (Doc. 1-2). On April 26, 2007, this court entered an order granting leave to proceed *in forma pauperis* and assessing an initial partial filing fee of $21.00. (Doc. 4). This order was returned to the court as undeliverable on May 7, 2007 with the notation "no longer at this address." (Doc. 5). Plaintiff has not filed a change of address with the court, and the court has unsuccessfully attempted to ascertain the plaintiff's whereabouts using the Department of Corrections Offender Information Network.[1] It appears that plaintiff has been released.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to keep the court apprised of his current address and failure to properly prosecute this action.

---

[1] http://www.dc.state.fl.us/appcommon/searchall.asp.

At Pensacola, Florida, this 10th day of May, 2007.

/s/ *Miles Davis*
**MILES DAVIS
UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).